CW

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

Archana Shrestha
Pro se Plaintiff
Manassas, VA 20110
Phone: 571-778-1632
Email: archana.shrestha981@gmail.com

Civil Action No. 1:26-CV-108 PTG-LRV

v.

Northern Virginia Mental Health Institute (NVMHI);
Jared Wyma-Bradley;
Sunita Shrestha;
Amit K. Shrestha;
Sonia Pradhan,
Defendants.

# COMPLAINT

---

## I. JURISDICTION

1. This Court has subject-matter jurisdiction under 28 U.S.C. § 1331 because this action arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

## II. VENUE

2. Venue is proper in this District under 28 U.S.C. § 1391(b) because the events giving rise to this action occurred within this District, and Defendants reside in, are employed in, or conduct business in this District.

# III. NATURE OF THE ACTION

3. Plaintiff Archana Shrestha, proceeding pro se, brings this civil action seeking declaratory, injunctive, and monetary relief for violations of her constitutional civil rights.

# IV. PARTIES

4. Plaintiff Archana Shrestha is an adult resident of Virginia and appears pro se.
5. Defendant **Northern Virginia Mental Health Institute (NVMHI)** is a state-operated mental health facility located in Falls Church, Virginia, and at all relevant times acted under color of state law.
6. Defendant **Jared Wyma-Bradley** is an interfaith chaplain employed by or acting on behalf of NVMHI and at all relevant times acted under color of state law.
7. Defendant **Sunita Shrestha**, Plaintiff's mother, acted jointly with state actors and participated in conduct that contributed to the violation of Plaintiff's constitutional rights.
8. Defendant **Amit K. Shrestha**, Plaintiff's brother, acted jointly with state actors and participated in conduct that contributed to the violation of Plaintiff's constitutional rights.
9. Defendant **Sonia Pradhan**, Plaintiff's sister-in-law, acted jointly with state actors and participated in conduct that contributed to the violation of Plaintiff's constitutional rights.

# V. STATEMENT OF FACTS

10. Plaintiff worked as a freelance medical interpreter at NVMHI from approximately November 2023 through May 2024.
11. At all relevant times, NVMHI was a state-operated mental health facility acting under color of state law.
12. During Plaintiff's employment and continuing thereafter, Defendants engaged in a coordinated and deliberate pattern of conduct intended to exert coercive control over Plaintiff, interfere with her professional duties, and deprive her of constitutionally protected rights, including liberty and bodily autonomy.
13. Upon information and belief, Defendants Sunita Shrestha, Amit K. Shrestha, and Sonia Pradhan acted in concert with NVMHI staff by communicating with them, influencing decisions regarding Plaintiff's work conditions, and providing information or requests that contributed to the deprivation of Plaintiff's rights.
14. Defendant Jared Wyma-Bradley, acting under color of state law, participated in conduct that interfered with Plaintiff's work and bodily autonomy.
15. Defendants' conduct included sustained intimidation, manipulation, interference with Plaintiff's employment, erosion of autonomy, and actions designed to cause mental and emotional distress.
16. Plaintiff was subjected to restrictions on her autonomy without notice, a meaningful opportunity to be heard, or adequate procedural safeguards, in violation of the Fourteenth Amendment.
17. Defendants' conduct was intentional, knowing, and malicious, and deprived Plaintiff of liberty, bodily autonomy, and protection from arbitrary interference with employment, actionable under 42 U.S.C. § 1983.

# VI. CAUSE OF ACTION

**COUNT ONE**

**Violation of Fourteenth Amendment Rights**

**(42 U.S.C. § 1983)**

18. Plaintiff incorporates paragraphs 1 through 17 as if fully set forth herein.
19. Defendants, acting under color of state law and in concert with one another, deprived Plaintiff of her rights to liberty, bodily autonomy, and freedom from arbitrary interference with her personal and professional life.
20. As a direct and proximate result of Defendants' actions, Plaintiff suffered severe psychological distress, interference with her personal and professional life, loss of career opportunities, and reputational harm.

# VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Declare that Defendants' actions violated Plaintiff's constitutional rights;
b. Award compensatory damages in an amount to be determined at trial;
c. Award punitive damages against Defendants who acted with malice or reckless disregard;
d. Grant injunctive relief to prevent further violations of Plaintiff's rights;
e. Award reasonable costs and attorney's fees pursuant to 42 U.S.C. § 1988; and
f. Grant such other and further relief as the Court deems just and proper.

# VIII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Archana, Archana Shrestha

571-778-1632

archana.shrestha981@gmail.com

Homeless.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria **DIVISION**

Archana Shrestha
**Plaintiff(s),**

**v.**

Northern virgina Mental health Institute (NVMHI)
Jared wyma - Bradley; sunita Shrestha; Amit k. Shrestha; Sowa Pradhan;
**Defendant(s),**

**Civil Action Number:** 1:26-CV-108

## LOCAL RULE 83.1 (N) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared or assisted in the preparation of** Civil rights violations Complaint.
**(Title of Document)**

Archana Shrestha
Name of *Pro Se* Party (Print or Type)

Archana
Signature of *Pro Se* Party

Executed on: 01-15-2026 (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** NA.
**(Title of Document)**

NA
(Name of Attorney)

NA
(Address of Attorney)

NA
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document.

______________________
(Name of *Pro Se* Party (Print or Type)

______________________
Signature of *Pro Se* Party

Executed on: ______________________(Date)